IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-00259-01-CR-W-DGK |
| | ) | |
| TIMOTHY S. WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Having considered Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 48), it is hereby

ORDERED that the motion is denied.

 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Date: March 13, 2013